IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAISEI CONSTRUCTION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendant<br>_____/ | No. 07-0036 MMC<br><br>**ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |

    Before the Court is defendant's Notice of Removal, filed January 4, 2007, in which notice defendant asserts the federal district court has diversity jurisdiction over the above-titled action pursuant to 28 U.S.C. § 1332(a).

    In its notice of removal, defendant alleges sufficient facts to support a finding that the parties are of diverse citizenship.  Defendant, however, has failed to allege sufficient facts to support a finding that the matter in controversy exceeds the sum of $75,000. Defendant first asserts the amount in controversy exceeds $75,000 because plaintiff seeks damages and attorney's fees in connection with a "claim for policy benefits," (see Notice of Removal ¶ 6); neither the initial complaint nor the amended complaint includes any facts to indicate the nature of the underlying claim or any other type of allegation from which the Court can conclude that plaintiff's claim for damages and fees exceeds the sum of $75,000.

Defendant next asserts that because plaintiff declined to stipulate the amount in controversy is less than $75,000, plaintiff necessarily agrees the amount in controversy exceeds $75,000.  Plaintiff declined to sign the proposed stipulation for the stated reason that "it was premature for [plaintiff] to state whether or not plaintiff will be seeking damages in excess of $75,000," (see Curry Decl., filed January 4, 2007, Ex. D), and thus has not admitted the amount in controversy exceeds $75,000.

Accordingly, no later than February 9, 2007, defendant shall show cause in writing why the action should not be remanded.  Plaintiff, no later than February 16, 2007, may file a reply to defendant's response to this Order.

As of February 16, 2007, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated:  January 25, 2007

MAXINE M. CHESNEY
United States District Judge

2