**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAISEI CONSTRUCTION CORPORATION, | No. 07-0036 MMC |
| Plaintiff, | **ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant | |

_____/

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

Daniel F. McLennon
McLennon Law Corporation
550 California Street
Sacramento Tower, Suite 700
San Francisco CA 94104

Craig Wallace
McLennon Law Corporation
550 California Street
Sacramento Tower, Suite 700
San Francisco CA 94104

In an e-filing case, the Clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45. Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 25, 2007

MAXINE M. CHESNEY
United States District Judge