PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
E-mail:  pcogan@ropers.com
         kcurry@ropers.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAISEI CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C 07-00036 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff, TAISEI CONSTRUCTION CORPORATION, and defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, through their respective counsel, that the above-captioned action, and all claims alleged therein against LIBERTY MUTUAL FIRE INSURANCE COMPANY shall be and hereby are dismissed without prejudice; and that each party shall bear its own fees and costs incurred in this action.

//

//

//

---

RC1/424720.1/KCC -1- STIPULATION AND ORDER OF DISMISSAL – CASE NO. C 07 0036 MMC

IT IS SO STIPULATED.

Dated: January 29, 2007                McLENNON LAW CORPORATION

By: _____
DANIEL F. MCLENNON
CHRISTINE CHEN
Attorneys for Plaintiff
TAISEI CONSTRUCTION CORPORATION

Dated: January 29, 2007                ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendants
LIBERTY MUTUAL FIRE INSURANCE COMPANY

[PROPOSED] ORDER

IT IS SO ORDERED. This action is hereby dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: January 30, 2007

_____
Honorable Maxine M. Chesney
Judge of The District Court